

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| JOEL ANGEL LOPEZ, | § | No. 08-21-00170-CR |
| Appellant, | § | Appeal from the |
| v. | § | 413th District Court |
| THE STATE OF TEXAS, | § | of Johnson County, Texas |
| State. | § | (TC# DC-F201900041) |
| | § | |

**O R D E R**

The Court, on its own motion, ORDERS Pamela K. Waits, Official Court Reporter for the 413th District Court of Johnson County, Texas, to submit a copy of Exhibit 8 (DVD), whether in a flash drive or DVD, to this Court on or before September 9, 2022.

IT IS SO ORDERED this 6th day of September, 2022.


PER CURIAM

Before Rodriguez, C.J., Palafox and Alley, JJ.